IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARK E. PALMER, AIS# 209502,** a.k.a **MARCUS PALMER,** | : : : |
| Plaintiff, | : : |
| vs. | : CIVIL ACTION NO. 12-00395-CG-B : |
| **TONY PATTERSON, et al.,** | : : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 28th day of August, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE